# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Talal AL-ZAHRANI ) | |
| ) | |
| **and** ) | |
| ) | |
| Ali Abdullah Ahmed AL-SALAMI ) | |
| **In their individual capacities;** ) | |
| ) | |
| **and** ) | **Notice of Appearance** |
| ) | |
| Talal AL-ZAHRANI, ) | |
| **As the representative of the estate of** ) | |
| **Yasser AL-ZAHRANI;** ) | |
| ) | **Civ. No. 1:09-cv-00028 (ESH)** |
| **and** ) | |
| ) | |
| Ali Abdullah Ahmed AL-SALAMI, ) | |
| **As the representative of the estate of** ) | |
| **Salah Ali Abdullah Ahmed AL-SALAMI** ) | |
| ) | |
| **Plaintiffs,** ) | |
| **vs.** ) | |
| ) | |
| Donald H. RUMSFELD et al. ) | |
| ) | |
| **and** ) | |
| ) | |
| UNITED STATES ) | |
| ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Philip D. MacWilliams, the undersigned, as a counsel of record for Defendant United States of America in the above captioned action. It is requested that service of copies of all pleadings, documents, notices and other papers be effected as follows:

For regular mail:
PHILIP D. MACWILLIAMS
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, D.C. 20044

DATED: March 9, 2009

For overnight delivery:
PHILIP D. MACWILLIAMS
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
1331 Pennsylvania Ave., NW
Room 8014N
Washington, D.C. 20004

Respectfully submitted,

s/
_____
PHILIP D. MACWILLIAMS
Attorney for Defendant United States

## CERTIFICATE OF SERVICE

I certify that the foregoing Notice of Appearance was sent by First Class Mail and

via Notice of Electronic Filing on March 9, 2009, to the following:

Pardiss Kebriaei
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
pkebriaei@ccrjustice.org
*Counsel for Plaintiffs*

Meetali Jain
International Human Rights Law Clinic
American University
WASHINGTON COLLEGE OF LAW
4801 Massachusetts Ave., NW
Washington, DC 20016
mjain@wcl.american.edu
*Counsel for Plaintiffs*

s/
_____
PHILIP D. MACWILLIAMS