# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Talal AL-ZAHRANI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 1:09-CV-00028 (ESH) |
| | ) |
| Donald RUMSFELD, et al. | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Paul E. Werner, the undersigned, as a counsel of record for Defendant United States of America in the above-captioned action. It is requested that service of copies of all pleadings, documents, notices, and other papers be effected as follows:

For regular mail:
PAUL E. WERNER
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044

For overnight delivery:
PAUL E. WERNER
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
1425 New York Ave., N.W.
Washington, DC 20005

Dated: April 23, 2009                             Respectfully submitted,


   /s/ Paul E. Werner
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4152 (phone)

# CERTIFICATE OF SERVICE

I hereby certify that on April 23, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Pardiss Kebriaei
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
pkebriaei@ccrjustice.org
*Counsel for Plaintiffs*

Meetali Jain
International Human Rights Clinic
American University
WASHINGTON COLLEGE OF LAW
4801 Massachusetts Ave., N.W.
Washington, DC 20016
mjain@wcl.american.edu
*Counsel for Plaintiffs*

    /s/ Paul E. Werner
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4152 (phone)