# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

TALAL AL-ZAHRANI, *et al.*,

        Plaintiffs,

        v.

DONALD RUMSFELD, *et al.*,

        Defendants.

Civil Action No. 09-CV-00028 (ESH)

## AFFIDAVIT OF RETURN OF SERVICE

Meetali Jain hereby declares and states as follows:

1. I am an attorney of record representing the plaintiffs in the above captioned matter. I am filing this Affidavit of Return of Service in connection with the complaint and amended complaint filed in this matter on January 7, 2009 and January 29, 2009, respectively.

2. On February 13, 2009, I caused the defendant Donald Rumsfeld to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

3. On February 13, 2009, I caused the defendant Gen. Richard Myers to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

4. On February 13, 2009, I caused the defendant Gen. Peter Pace to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the

Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

5. On February 13, 2009, I caused the defendant Gen. Bantz Craddock to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

6. On February 13, 2009, I caused the defendant Maj. Gen. Michael Lehnert to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

7. On February 13, 2009, I caused the defendant Maj. Gen. Michael E. Dunlavey to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

8. On February 13, 2009, I caused the defendant Brig. Gen. Jay Hood to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

9. On February 13, 2009, I caused the defendant Rear Adm. Harry B. Harris, Jr. to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

10. On February 13, 2009, I caused the defendant Col. Terry Carrico to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

11. On February 13, 2009, I caused the defendant Col. Adolph McQueen to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

12. On February 13, 2009, I caused the defendant Brig. Gen. Nelson J. Cannon to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

13. On February 13, 2009, I caused the defendant Col. Mike Bumgarner to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

14. On February 13, 2009, I caused the defendant Col. Wade Dennis to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

15. On February 13, 2009, I caused the defendant William Winkenwerder, Jr., M.D. to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation

Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

16. On February 13, 2009, I caused the defendant David N. Tornberg, M.D. to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

17. On February 13, 2009, I caused the defendant Vice Adm. (Ret.) Michael L. Cowan, M.D. to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

18. On February 13, 2009, I caused the defendant Vice Adm. Donald C. Arthur, M.D. to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

19. On February 13, 2009, I caused the defendant Captain John S. Edmondson, M.D. to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

20. On February 13, 2009, I caused the defendant Captain Ronald L. Sollock, M.D. to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

21. On February 13, 2009, I caused the defendant Rear Adm. Thomas K. Burkhard, M.D. to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

22. On February 13, 2009, I caused the defendant Rear Adm. Thomas R. Cullison, M.D. to be served by hand on Richard Hatch, Associate General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

23. On February 20, 2009, I caused the defendant Gen. James T. Hill to be served by hand on Mark Herrington, Associate Deputy General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

24. On February 20, 2009, I caused the defendant Maj. Gen. Geoffrey Miller to be served by hand on Mark Herrington, Associate Deputy General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

25. On February 20, 2009, I caused the defendant Esteban Rodriguez to be served by hand on Mark Herrington, Associate Deputy General Counsel in the Office of Litigation Counsel for the Department of Defense and designated agent for defendant, the summons, complaint and amended complaint by a private process server (see Exhibit E).

26. On February 13, 2009, I caused to be deposited in the United States Mail a copy of the summons, complaint and amended complaint in the above captioned case, postage

prepaid, return receipt requested, restricted delivery, addressed to U.S. Attorney General Eric J. Holder, Jr. for defendant United States (see Exhibit E).

27. On February 13, 2009, I caused to be deposited in the United States Mail a copy of the summons, complaint and amended complaint in the above captioned case, postage prepaid, return receipt requested, restricted delivery, addressed to U.S. Attorney for the District of Columbia, Civil Process Clerk, for defendant United States. On February 23, 2009, the above stated documents were delivered and on March 30, 2009 in a telephone communication with a student attorney from our clinic, Cynthia Parker from the Civil Process Clerk's office confirmed that the documents had been received by the U.S. Attorney's office.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Washington, D.C. this 23rd day of April 2009.

                                                                                                            s / s
Meetali Jain, Esquire
International Human Rights Law Clinic
American University
Washington College of Law
4801 Massachusetts Avenue, NW
Washington, D.C. 20016
Tel: 202-274-4147
Fax: 202-274-0659
Email: Mjain@wcl.american.edu