# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Talal AL-ZAHRANI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )    Case No.: 1:09-CV-00028 (ESH) |
| | ) |
| Donald RUMSFELD, et al. | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b)(1), the United States, by and through undersigned counsel, respectfully moves this Court for a 30-day enlargement of time, up to and including May 27, 2009, for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint. In support of this motion, the United States asserts as follows:

1. Plaintiffs instituted this action with the filing of their Complaint on January 7, 2009.

2. Plaintiffs amended their Complaint on January 29, 2009.

3. Service was accomplished as to all Defendants no sooner than February 26, 2009, the date upon which the U.S. Attorney General was served. *See* Affidavit of Return of Service ¶ 27 [Dkt # 5]; *see also* Fed. R. Civ. P. 4(i) (requiring two-tiered service for the United States and for federal officers sued in their individual capacity). Thus, the current deadline for the Defendants' response to Plaintiffs' Amended Complaint is April 27, 2009. *See* Fed. R. Civ. P. 12(a)(2), (3); Fed. R. Civ. P. 6(a). Even assuming service was accomplished as to all Defendants on February

23, 2009, *see* Affidavit of Return of Service ¶ 27 [Dkt # 5], this motion is still timely.

    4. Pursuant to Local Rule 7(m), the United States' counsel contacted Plaintiffs' counsel, Pardiss Kebriaei, on April 22 and 23, 2009, along with Shayana Kadidal on April 23, 2009, regarding the contents of this motion. Plaintiffs' counsel was unavailable and undersigned counsel left telephone messages on both days indicating the United States' intention to file this motion and this motion's contents.

    5. This request is made in good faith and not for purposes of delay.

    6. Defendants have not previously requested or been given an extension of time to respond to Plaintiffs' Amended Complaint.

    7. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Dated: April 24, 2009                    Respectfully submitted,


MICHAEL F. HERTZ
Deputy Assistant Attorney General
Civil Division

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

TIMOTHY P. GARREN
Director, Torts Branch

 /s/ Philip D. MacWilliams
PHILIP D. MACWILLIAMS
(D.C. Bar No. 482883)
Trial Attorney, Torts Branch
Civil Division
U.S. Department of Justice
P.O. Box 888
Benjamin Franklin Station
Washington, DC  20044
(202) 616-4285
(202) 616-5200 (facsimile)

   /s/ Paul E. Werner
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4152 (phone)
(202) 616-4314

Attorneys for the United States

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Pardiss Kebriaei
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
pkebriaei@ccrjustice.org
*Counsel for Plaintiffs*

Meetali Jain
International Human Rights Law Clinic
American University
WASHINGTON COLLEGE OF LAW
4801 Massachusetts Ave., NW
Washington, DC 20016
mjain@wcl.american.edu
*Counsel for Plaintiffs*

    /s/ Paul E. Werner
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4152 (phone)