UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Talal AL-ZAHRANI, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No.: 1:09-CV-00028 (ESH) |
| ) | |
| Donald RUMSFELD, et al. ) | |
| ) | |
| and ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendants. ) | |
| ) | |

## **ERRATA**

The United States, through undersigned counsel, submits the following errata to the Motion for Enlargement of Time for Defendants to Answer or Otherwise Respond to Plaintiffs' Amended Complaint. The first citation in paragraph 3 of the above-mentioned motion is modified in the corrected motion.

The corrected motion is attached to this errata.

Dated: April 24, 2009                    Respectfully submitted,


MICHAEL F. HERTZ
Deputy Assistant Attorney General
Civil Division

JEFFREY A. TAYLOR
United States Attorney
District of Columbia

TIMOTHY P. GARREN
Director, Torts Branch


   /s/ Paul E. Werner
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4152 (phone)
(202) 616-4314

Attorneys for the United States

# CERTIFICATE OF SERVICE

I hereby certify that on April 24, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:


Pardiss Kebriaei
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
pkebriaei@ccrjustice.org
*Counsel for Plaintiffs*

Meetali Jain
International Human Rights Law Clinic
American University
WASHINGTON COLLEGE OF LAW
4801 Massachusetts Ave., NW
Washington, DC 20016
mjain@wcl.american.edu
*Counsel for Plaintiffs*

    /s/ Paul E. Werner
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4152 (phone)