UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TALAL AL-ZAHRANI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD RUMSFELD, *et al.*, <br><br> Defendants. | Civil Action No. 09-cv-00028 (ESH) |

## **NOTICE OF CONSENT**

Plaintiffs, by and through their undersigned counsel, hereby give notice that they do not object to Defendants' motion for a 30-day extension of time, up to and including May 27, 2009, to answer or otherwise respond to Plaintiffs' Amended Complaint. *See* Def'ts' Motion (dkt. no. 8). Plaintiffs' counsel notified Defendants' counsel on April 28, 2009 of Plaintiffs' consent to Defendants' motion, and the parties agreed that Plaintiffs would file notice of their consent with the Court.

Dated: April 28, 2009

                                          Respectfully submitted,

                                          /s/ Pardiss Kebriaei
                                          Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
                                          Shayana Kadidal (D.C. Bar No. 454248)
                                          CENTER FOR CONSTITUTIONAL RIGHTS
                                          666 Broadway, 7th Floor
                                          New York, NY 10012
                                          Tel: (212) 614-6452
                                          Fax: (212) 614-6499
                                          pkebriaei@ccrjustice.org

                                          Meetali Jain (Pursuant to LCvR 83.2(g))
                                          International Human Rights Clinic

WASHINGTON COLLEGE OF LAW
4801 Massachusetts Avenue, NW
Washington, DC 20016
Tel: (202) 274-4175
Fax: (202) 274-0659
mjain@wcl.american.edu

*Counsel for Plaintiffs*