# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Talal AL-ZAHRANI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 1:09-CV-00028 (ESH) |
| | ) |
| Donald RUMSFELD, et al. | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

### UNITED STATES' UNOPPOSED MOTION FOR ENLARGEMENT OF TIME FOR DEFENDANTS TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFFS' AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 6(b)(1), the United States, by and through undersigned counsel, respectfully moves this Court for a thirty-day enlargement of time, up to and including June 26, 2009, for Defendants to answer or otherwise respond to Plaintiffs' Amended Complaint. In support of this motion, the United States asserts as follows:

1. Plaintiffs instituted this action with the filing of their Complaint on January 7, 2009.

2. Plaintiffs amended their Complaint on January 29, 2009.

3. Service was accomplished as to all Defendants no sooner than February 26, 2009.

Thus, the original deadline for the Defendants' response to Plaintiffs' Amended Complaint was April 27, 2009.

4. The United States moved for a thirty-day enlargement of time on April 24, 2009. Plaintiffs notified the Court that they did not object to the United States' motion for an

enlargement of time.

5. The Court granted the United States' motion for an enlargement of time on April 29, 2009, giving the Defendants until May 27, 2009 to respond to Plaintiffs' Amended Complaint.

6. Pursuant to Local Rule 7(m), the United States' counsel contacted Plaintiffs' counsel, Pardiss Kebriaei, on May 26, 2009 regarding the contents of this motion. Plaintiffs' counsel stated she did not oppose this motion. In addition, the United States and Plaintiffs are currently discussing an expanded briefing schedule that they would propose to the court.

7. This request is made in good faith and not for purposes of delay.

8. There are no other previously scheduled deadlines in this case.

A proposed Order is attached.

Dated: May 26, 2009                    Respectfully submitted,


                                       TONY WEST
                                       Assistant Attorney General, Civil Division

                                       JEFFREY A. TAYLOR
                                       United States Attorney
                                       District of Columbia

                                       TIMOTHY P. GARREN
                                       Director, Torts Branch

                                       PHILIP D. MACWILLIAMS
                                       (D.C. Bar No. 482883)
                                       Trial Attorney, Torts Branch
                                       Civil Division
                                       U.S. Department of Justice
                                       P.O. Box 888
                                       Benjamin Franklin Station
                                       Washington, DC  20044
                                       (202) 616-4285
                                       (202) 616-5200 (facsimile)

                                         /s/ Paul E. Werner
                                       PAUL E. WERNER
                                       (MD Bar, under LCvR 83.2(e))
                                       Trial Attorney
                                       United States Department of Justice
                                       Torts Branch, Civil Division
                                       P.O. Box 7146
                                       Ben Franklin Station
                                       Washington, DC 20044
                                       (202) 616-4152 (phone)
                                       (202) 616-4314

                                       Attorneys for the United States

# CERTIFICATE OF SERVICE

I hereby certify that on May 26, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Pardiss Kebriaei
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
pkebriaei@ccrjustice.org
*Counsel for Plaintiffs*

Meetali Jain
International Human Rights Law Clinic
American University
WASHINGTON COLLEGE OF LAW
4801 Massachusetts Ave., NW
Washington, DC 20016
mjain@wcl.american.edu
*Counsel for Plaintiffs*

   /s/ Paul E. Werner
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4152 (phone)