# UNITED STATES DISTRICT COURT
# DISTRICT OF COLUMBIA

| | |
|---|---|
| Talal AL-ZAHRANI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 1:09-CV-00028 (ESH) |
| | ) |
| Donald RUMSFELD, et al. | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Paul E. Werner, the undersigned, as a counsel of record for Defendants Donald Rumsfeld; General Richard Myers; General Peter Pace; General James T. Hill; General Bantz Craddock; Major General Michael Lehnert; Major General Michael E. Dunlavey; Major General Geoffrey Miller; Brigadier General Jay Hood; Rear Admiral Harry B. Harris, Jr.; Colonel Terry Carrico; Colonel Adolph McQueen; Brigadier General Nelson J. Cannon; Colonel Mike Bumgarner; Colonel Wade Dennis; Esteban Rodriguez; Dr. William Winkenwerder, Jr.; Dr. David N. Tornberg; Vice Admiral (Ret.) Michael L. Cowan, M.D.; Vice Admiral Donald C. McArthur, M.D.; Captain John S. Edmondson, M.D.; Captain Ronald L. Sollock, M.D.;[1] Rear Admiral Thomas K. Burkhard, M.D.; and Rear Admiral Thomas R. Cullison, M.D. in the above-captioned action. It is requested that service of copies of all pleadings, documents, notices, and other papers be effected as follows:

---

[1] As noted in the Statement Noting a Party's Death, Defendant Sollock passed away during the pendency of this action.

| For regular mail: | For overnight delivery: |
| --- | --- |
| PAUL E. WERNER | PAUL E. WERNER |
| Trial Attorney | Trial Attorney |
| United States Department of Justice | United States Department of Justice |
| Torts Branch, Civil Division | Torts Branch, Civil Division |
| P.O. Box 7146 | 1425 New York Ave., N.W. |
| Ben Franklin Station | Washington, DC 20005 |
| Washington, DC 20044 | |

Dated: June 26, 2009                                   Respectfully submitted,


       /s/ Paul E. Werner
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4152 (phone)

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Pardiss Kebriaei
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
pkebriaei@ccrjustice.org
*Counsel for Plaintiffs*

Meetali Jain
International Human Rights Clinic
American University
WASHINGTON COLLEGE OF LAW
4801 Massachusetts Ave., N.W.
Washington, DC 20016
mjain@wcl.american.edu
*Counsel for Plaintiffs*

    /s/ Paul E. Werner
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4152 (phone)