UNITED STATES DISTRICT COURT
DISTRICT OF COLUMBIA

| | |
|---|---|
| Talal AL-ZAHRANI, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No.: 1:09-CV-00028 (ESH) |
| | ) |
| Donald RUMSFELD, et al. | ) |
| | ) |
| and | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendants. | ) |

### STATEMENT NOTING A PARTY'S DEATH

In accordance with Federal Rule of Civil Procedure 25(a), the United States, who is a party to this action, notes the death during the pendency of this action of Captain Ronald L. Sollock, M.D., Defendant.

Dated: June 26, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General, Civil Division

TIMOTHY P. GARREN
Director, Torts Branch

ANDREA W. McCARTHY
Senior Trial Counsel


      /s/ Paul E. Werner
ZACHARY C. RICHTER
(Texas Bar # 24041773, under LCvR 83.2(e)))
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e)))
Trial Attorneys
UNITED STATES DEPARTMENT OF JUSTICE
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, D.C. 20044
(202) 616-4152 (phone)
(202) 616-4314 (fax)

Attorneys for the United States and the Individual Named Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Pardiss Kebriaei
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
pkebriaei@ccrjustice.org
*Counsel for Plaintiffs*

Meetali Jain
International Human Rights Clinic
American University
WASHINGTON COLLEGE OF LAW
4801 Massachusetts Ave., N.W.
Washington, DC 20016
mjain@wcl.american.edu
*Counsel for Plaintiffs*

    /s/ Paul E. Werner
PAUL E. WERNER
(MD Bar, under LCvR 83.2(e))
Trial Attorney
United States Department of Justice
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4152 (phone)