#### UNITED STATES DISTRICT COURT
#### DISTRICT OF COLUMBIA

| | |
|---|---|
| **Talal AL-ZAHRANI, et al.,** | ) |
| | ) |
| **Plaintiffs,** | ) |
| | ) |
| v. | ) Case No.: 1:09-CV-00028 (ESH) |
| | ) |
| **Donald RUMSFELD, et al.** | ) |
| | ) |
| **and** | ) |
| | ) |
| **UNITED STATES,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

#### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE of the appearance of Zachary C. Richter as additional counsel of record for Defendants Donald Rumsfeld; General Richard Myers; General Peter Pace; General James T. Hill; General Bantz Craddock; Major General Michael Lehnert; Major General Michael E. Dunlavey; Major General Geoffrey Miller; Brigadier General Jay Hood; Rear Admiral Harry B. Harris, Jr.; Colonel Terry Carrico; Colonel Adolph McQueen; Brigadier General Nelson J. Cannon; Colonel Mike Bumgarner; Colonel Wade Dennis; Esteban Rodriguez; Dr. William Winkenwerder, Jr.; Dr. David N. Tornberg; Vice Admiral (Ret.) Michael L. Cowan, M.D.; Vice Admiral Donald C. McArthur, M.D.; Captain John S. Edmondson, M.D.; Captain Ronald L. Sollock, M.D.;[1] Rear Admiral Thomas K. Burkhard, M.D.; and Rear Admiral Thomas R. Cullison, M.D., and the United States in the above-captioned action.

---

[1] As noted in the Statement Noting a Party's Death, Defendant Sollock passed away during the pendency of this action.

It is requested that service of copies of all pleadings, documents, notices, and other papers be effected as follows:

| For regular mail: | For overnight delivery: |
|---|---|
| Zachary C. Richter | Zachary C. Richter |
| Trial Attorney | Trial Attorney |
| United States Department of Justice | United States Department of Justice |
| Torts Branch, Civil Division | Torts Branch, Civil Division |
| P.O. Box 7146 | 1425 New York Ave., N.W. |
| Ben Franklin Station | Suite 8100 |
| Washington, DC 20044 | Washington, DC 20005 |

Dated: July 9, 2009            Respectfully submitted,

     /s/ Zachary C. Richter
ZACHARY C. RICHTER
(Texas Bar # 24041773, under LCvR 83.2(e))
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4199 (phone)
(202) 616-4314 (facsimile)

# CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2009, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Pardiss Kebriaei
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
pkebriaei@ccrjustice.org
*Counsel for Plaintiffs*

Meetali Jain
International Human Rights Clinic
American University
WASHINGTON COLLEGE OF LAW
4801 Massachusetts Ave., N.W.
Washington, DC 20016
mjain@wcl.american.edu
*Counsel for Plaintiffs*

    /s/ Zachary C. Richter
ZACHARY C. RICHTER
(Texas Bar # 24041773, under LCvR 83.2(e))
Trial Attorney
UNITED STATES DEPARTMENT OF JUSTICE
Torts Branch, Civil Division
P.O. Box 7146
Ben Franklin Station
Washington, DC 20044
(202) 616-4199 (phone)
(202) 616-4314 (facsimile)