UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

TALAL AL-ZAHRANI, *et al.*,

        Plaintiffs,

      v.

DONALD RUMSFELD, *et al.*

and

UNITED STATES,

        Defendants.

Case No. 09-cv-00028 (ESH)

### UNOPPOSED MOTION FOR A ONE-WEEK EXTENSION OF TIME FOR PLAINTIFFS' RESPONSE TO INDIVIDUAL DEFENDANTS' AND UNITED STATES' MOTIONS TO DISMISS AND UNITED STATES' MOTION TO SUBSTITUTE

Plaintiffs Talal Al-Zahrani, et al. ("Plaintiffs"), by and through undersigned counsel, respectfully move this Court for a one-week extension of time to respond to the Individual Named Defendants' and the United States' motions to dismiss and the United States' motion to substitute. In support of this motion, Plaintiffs state the following:

1. On January 7, 2009, Plaintiffs filed a Complaint against 24 individual named defendants, a number of unnamed defendants and the United States. Plaintiffs amended their Complaint on January 29, 2009.

2. On April 24, 2009 and May 26, 2009, the United States moved for 30-day extensions of time for Defendants to respond to Plaintiffs' Amended Complaint, which Plaintiffs did not oppose. On June 26, 2009, the Individual Named Defendants and the United States filed

motions to dismiss (dkt. nos. 13, 15), and the United States filed a motion to substitute (dkt. no. 14).

3. On July 9, 2009, the parties jointly moved this Court to set a briefing schedule for Plaintiffs' response to the Individual Named Defendants' and the United States' motions, and for the Individual Named Defendants' and the United States' replies, which the Court granted. Pursuant to the briefing schedule currently in place, Plaintiffs' response to the Individual Named Defendants' and the United States' motions is due on or before September 28, 2009, and the Individual Named Defendants' and the United States' replies are due 60 days later, on or before November 30, 2009.

4. Plaintiffs now request a one-week extension of time for their response, until October 5, 2009, due to recent unexpected constraints on their undersigned counsel relating to counsel's representation of current Guantánamo Bay detainees. Undersigned counsel have conferred with counsel for the Individual Named Defendants and the United States, who do not oppose this motion with the understanding that the Individual Named Defendants and the United States will have 60 days for their reply, until December 4, 2009.

6. This request is made in good faith and not for the purposes of delay.

7. Plaintiffs have not previously requested an extension of time with respect to the briefing schedule currently in place in this case.

For the foregoing reasons, Plaintiffs respectfully request that the Court grant this motion.

Dated: September 23, 2009

                                      Respectfully submitted,

                                      /s/ Pardiss Kebriaei
Pardiss Kebriaei (Pursuant to LCvR 83.2(g))
Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6452
Fax: (212) 614-6499

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TALAL AL-ZAHRANI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD RUMSFELD, *et al.* <br><br> and <br><br> UNITED STATES, <br><br> Defendants. | Case No. 09-cv-00028 (ESH) |

**[PROPOSED] ORDER**

Upon consideration of the Unopposed Motion for a One-Week Extension of Time for Plaintiffs' Response to Individual Defendants' and United States' Motions to Dismiss and United States' Motion to Substitute, it is hereby ORDERED that the Unopposed Motion is GRANTED. Plaintiffs shall file their response to the motions to dismiss and the motion to substitute on or before October 5, 2009, and the Individual Named Defendants and the United States shall file their reply on or before December 4, 2009.

SIGNED this _____ day of _____, 2009.

 

Ellen S. Huvelle
United States District Judge