UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| TALAL AL-ZAHRANI, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> DONALD RUMSFELD, *et al.* <br><br> and <br><br> UNITED STATES, <br><br> Defendants. | Case No. 09-cv-00028 (ESH) |

**PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT OF PAGE LIMITS**

Plaintiffs hereby move for an order for an enlargement of the page limit for their Memorandum in Opposition to Individual Defendants' and United States' Motions to Dismiss and United States' Motion to Substitute to include 37 additional pages, for a Memorandum in Opposition of 82 total pages.

The additional pages are needed in order to respond to Defendants three briefs, which total 57 pages in combination. Defendants do not oppose this motion.

Respectfully submitted,

   s/
Pardiss Kebriaei (pursuant to LCvR 83.2(g))
Shayana Kadidal (D.C. Bar No. 454248)
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
Tel: (212) 614-6452
Fax: (212) 614-6499

*Counsel for Plaintiffs*