## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| Talal AL-ZAHRANI, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Case No.: 1:09-CV-00028 (ESH) |
| | ) | |
| Donald RUMSFELD, et al. | ) | |
| | ) | |
| and | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## NOTICE OF SUPPLEMENTAL AUTHORITY

The United States and the individual defendants respectfully notify the Court of the

Supreme Court's recent decision to deny certiorari in *Rasul v. Myers*, No. 09-227.  Defendants

rely on *Rasul* in their motions to dismiss and their supporting replies.  The Supreme Court issued

its decision after Defendants filed their supporting replies.  A list of the Supreme Court's recent

certiorari decisions, including its decision to deny certiorari in *Rasul*, is attached.

Dated: December 15, 2009                     Respectfully submitted,


                                             TONY WEST
                                             Assistant Attorney General, Civil Division

                                             ANN M. RAVEL
                                             Deputy Assistant Attorney General

                                             TIMOTHY P. GARREN
                                             Director, Torts Branch

                                             ANDREA W. McCARTHY
                                             Senior Trial Counsel

                                             ____/s/ Paul E. Werner_____
                                             ZACHARY C. RICHTER
                                             (Texas Bar # 24041773, under LCvR 83.2(e))
                                             PAUL E. WERNER
                                             (MD Bar, under LCvR 83.2(e))
                                             Trial Attorneys
                                             UNITED STATES DEPARTMENT OF JUSTICE
                                             Torts Branch, Civil Division
                                             P.O. Box 7146
                                             Ben Franklin Station
                                             Washington, D.C.  20044
                                             (202) 616-4152 (phone)
                                             (202) 616-4314 (fax)

                                             Attorneys for the United States and the Individual
                                             Named Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2009, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to the

following:


Pardiss Kebriaei
Shayana Kadidal
CENTER FOR CONSTITUTIONAL RIGHTS
666 Broadway, 7th Floor
New York, NY 10012
pkebriaei@ccrjustice.org
*Counsel for Plaintiffs*

Meetali Jain
International Human Rights Law Clinic
American University
WASHINGTON COLLEGE OF LAW
4801 Massachusetts Ave., NW
Washington, DC 20016
mjain@wcl.american.edu
*Counsel for Plaintiffs*


                                                      /s/ Paul E. Werner
                                                   PAUL E. WERNER
                                                   (MD Bar, under LCvR 83.2(e))
                                                   Trial Attorney
                                                   United States Department of Justice
                                                   Torts Branch, Civil Division
                                                   P.O. Box 7146
                                                   Ben Franklin Station
                                                   Washington, DC 20044
                                                   (202) 616-4152 (phone)