## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA            :
                                    :
                v.                  :        Criminal Case No.: 99-0211-01(RMU)
                                    :
KENNETH HINTON,                     :
                                    :
                Defendant.          :

# FILED

APR 3 - 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

### ORDER

It is this _3_ day of _April_ 2007,

**ORDERED** that a _HOV_ hearing in the above-captioned case shall take place on _April 10, 2007_ at _10AM_

**SO ORDERED**.


_____
Ricardo M. Urbina
United States District Judge